IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| LARRY THOMAS | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:22-CV-00112 (WLS) |
| | : | |
| GOVERNOR'S OFFICE FOR THE STATE OF GEORGIA, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

**ORDER**

Previously, the Court entered an Order (Doc. 7), instructing Plaintiff, proceeding pro se, to show cause as to why his case should not be dismissed against all Defendants for failure to perfect service pursuant to Rule 4(m). Plaintiff filed his Response (Doc. 9) to the Court's Order on May 10, 2023, and the Court extended time for service for sixty (60) days. (Doc. 10). The Court also mentioned in the Order (Doc. 10) that Plaintiff's Response (Doc. 9) has not yet been signed by Plaintiff and pointed to the docket, which instructed Plaintiff to re-file his Response with his signature by May 31, 2023. (Doc. 10, at 1 n.1); (The Docket, *text only*, dated May 10, 2023). However, Plaintiff has still not re-filed his Response with his signature, as required by Federal Rule of Civil Procedure 11(a) and as instructed by the Court. (The Docket, *text only*, dated June 6, 2023).

Accordingly, Plaintiff is hereby **NOTICED** that his Response (Doc. 9) will be stricken for failure to comply with Rule 11(a) and the Court's Order, if Plaintiff does not properly sign and re-file his Response (Doc. 9) by **Wednesday, June 14, 2023**.

In addition, the Court reminds Plaintiff that he has until **Tuesday, July 11, 2023**, to serve all Defendants pursuant to the Court's Order. (Doc. 10). In that Order, the Court also notified Plaintiff that his failure to serve a summons and the Complaint on Defendants in compliance with Federal Rule of Civil Procedure 4(m) and the Court's Order may result in his case being dismissed without prejudice without further notice. (Doc. 10, at 3). Plaintiff is so noticed.

**SO ORDERED**, this  7th   day of June 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**