IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| LARRY THOMAS | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:22-CV-00112 (WLS) |
| | : | |
| GOVERNOR'S OFFICE FOR THE STATE OF GEORGIA, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

On July 25, 2023, Defendant Kirbo filed a Motion to Dismiss (Doc. 45) and a Motion to Stay (Doc. 47).

Previously, when the Labcorp Defendants, the Sheriffs and Superior Court Defendants, and the State of Georgia Defendants filed their motions to dismiss, the Court provided Orders, which provided notice to Plaintiff, who is proceeding pro se, about how he may file a response to these motions to dismiss.

To ensure Plaintiff has been notified of Defendant Kirbo's Motion to Dismiss (Doc. 45) and Motion to Stay (Doc. 47), and in an effort to afford the pro se Plaintiff an adequate notice so that he may respond to Defendant Kirbo's Motions (Docs. 45; 47), the Court issues the instant Order. *See generally Griffith v. Wainwright*, 772 F.2d 822 (11th Cir. 1985) (per curiam).

### I.  NOTICE to File a Response in Twenty-One (21) Days to Defendant Kirbo's Motion to Dismiss (Doc. 45)

When considering a motion to dismiss, the Court must accept as true all facts set forth in the plaintiff's complaint. *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 556 (2007); *Wilchombe v. TeeVee Toons, Inc.*, 555 F.3d 949, 959 (11th Cir. 2009). Although the complaint must contain factual allegations that "raise a reasonable expectation that discovery will reveal evidence of" the plaintiff's claims, *Twombly*, 550 U.S. at 556, Rule 41 of the Federal Rules of Civil Procedure

1

provides that "[i]f the plaintiff fails to prosecute or to comply with [the Federal Rules of Civil Procedure] or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision . . . operates as an adjudication on the merits." FED. R. CIV. P. 41(b).

Under the procedures and policies of this Court, motions to dismiss are normally decided on briefs. Plaintiff may submit his argument to this Court by filing a brief in opposition to Defendant's Motion to Dismiss. Unless the Court has granted prior permission, any brief should not exceed 20 pages. M. D. GA. L.R. 7.4.

**FAILURE OF PLAINTIFF TO RESPOND TO AND REBUT THE LEGAL ARGUMENTS SET FORTH IN DEFENDANTS' BRIEF MAY RESULT IN DEFENDANT's STATEMENTS BEING ACCEPTED AS UNCONTESTED AND CORRECT.**

The Court could grant judgment, and there would be no trial or further proceedings as to the moving Defendant. Accordingly, Plaintiff is **NOTIFIED** of his right to submit a response brief. If Plaintiff fails to file a brief in opposition to the Motion to Dismiss, a final judgment may be rendered against him if otherwise appropriate under law.

As previously noted in prior Orders, because there are multiple separate motions to dismiss, Plaintiff's responses shall also be separate, addressing each motion. That is, Plaintiff may not file a combined, single response. Any response, affidavits and/or other documents in support, must be filed **WITHIN 21 DAYS** of this Order. FED. R. CIV. P. 15(a)(1)(B); M.D. GA. L.R. 7.2.

Additionally, Plaintiff is **ORDERED AND DIRECTED** to file any desired response to Defendant Kirbo's **MOTION TO DISMISS (Doc. 45) WITHIN TWENTY-ONE (21) DAYS OF THE DATE OF THIS ORDER**. Thereafter, the Court will consider Defendants' Motion to Dismiss and any opposition to the same filed by Plaintiff and issue its ruling.

**II.    NOTICE to File a Response in Twenty-One (21) Days
to Defendant Kirbo's Motion to Stay (Doc. 47)**

Defendant Kirbo filed a Motion to Stay Discovery (Doc. 47), pursuant to Federal Rules of Civil Procedure 26(b)(2)(C)(iii) and 26(d), pending the resolution of his Motion to Dismiss (Doc. 47) as well as other Defendants' pending motions to dismiss. (Doc. 47, at 1).

Plaintiff may submit his argument as to Defendant Kirbo's Motion to Stay (Doc. 47) by filing a brief in opposition to the Motion (Doc. 47). Unless the Court has granted prior permission, any brief should not exceed 20 pages. M.D. GA. L.R. 7.4. Accordingly, Plaintiff is **NOTIFIED** of his right to submit a response brief. If Plaintiff fails to file a brief in opposition, the Court may consider Defendant Kirbo's Motion (Doc. 47) and stay discovery, if otherwise appropriate under law. Any response, affidavits and/or other documents in support, must be filed **WITHIN 21 DAYS** of this Order. M.D. GA. L.R. 7.2.

**SO ORDERED**, this   27th   day of July 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

3