IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| LARRY THOMAS, | * |
| Plaintiff, | * |
| v. | Case No. 7:22-cv-112 (WLS) |
| | * |
| GOVERNOR'S OFFICE FOR THE STATE OF GEORGIA, et al., | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 13, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 13th day of February, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk